7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Cheryl Ann Wipperman
*Debtor*

*Bankruptcy Case No.*
15−43335−abf7

**Cheryl Ann Wipperman**
   Plaintiff(s)

*Adversary Case No.*
16−04017−abf

v.

**Department of Revenue**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment by consent is hereby entered finding and determining that, pursuant to ll U.S.C. Section 523(a)(8)(c), the sales and use tax owed by Defendant Cheryl Ann Wipperman to Plaintiff Missouri Department of Revenue in the amount of $7308.75 in tax and $2,779.56 in interest(through 4/1/16), for a total of $10,088.31 is expected from the discharge received by Defendant Cheryl Ann Wipperman in her above−styled chapter 7 bankruptcy case. Any and all penalties there on, however, are discharged.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
     Deputy Clerk



Date of issuance: 4/18/16

Court to serve